UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE CORNELL-LEE GRAYSON,

    Plaintiff,

v.

ANGIR SISCO, et al.,

    Defendants.

_____/

Case No. 1:23-cv-644

HON. JANE M. BECKERING

## ORDER

This is a civil rights action under 42 U.S.C. § 1983.  A Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 25) and a Motion for Summary Judgment Based Soley on the Failure to Exhaust Administrative Remedies and Alternatively Motion to Dismiss (ECF No. 28) were filed.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 28, 2024 (ECF No. 29), recommending that this Court grant the motions for summary judgment on the basis of exhaustion (ECF Nos. 25 & 28), deny Defendants Ouellette and Hill's motion to dismiss (ECF No. 28), and terminate this lawsuit.  The Report and Recommendation was duly served on the parties.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "attempted – not known," and "unable to forward" (ECF No. 30).  Plaintiff has failed to keep the Court apprised of his current address.

2

**IT IS FURTHER ORDERED** that the motions for summary judgment on the basis of exhaustion (ECF Nos. 25 & 28) are GRANTED.

**IT IS FURTHER ORDERED** that Defendants Ouellette and Hill's motion to dismiss (ECF No. 28) is DENIED.

A Judgment will be entered consistent with this Order.


Dated: June 27, 2024                                         /s/ Jane M. Beckering
                                                            JANE M. BECKERING
                                                            United States District Judge